Peter Strojnik, State Bar No. 6464
**Strojnik P.C.**
1 East Washington St., Suite 500
Phoenix, AZ 85004

Fabian Zazueta, State Bar No. 032687
**Advocates for Individuals with Disabilities**
40 North Central Ave., Suite 1400
Phoenix, AZ 85004
Telephone: (774) 768-2233
fabian@aid.org
25ERayRd@aid.org

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Advocates for Individuals with Disabilities Foundation, Inc., | Case No 2:16-cv-03030-PHX-PGR |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Gilbert & Ray Plaza, LLC, | |
| Defendant. | |

The parties hereby give notice that a settlement has been reached between Defendant and Plaintiff in the above-entitled action.

///

///

///

///

///

-1-

DATED this 12th day of October, 2016.

**STROJNIK, P.C.**

By: */s/ Peter Strojnik*
Peter Strojnik
Attorney for Plaintiff

**ADVOCATES FOR INDIVIDUALS WITH DISABILITIES**

By: */s/ Fabian Zazueta*
Fabian Zazueta
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and e-mailed a copy of same to the following:

Scot L. Claus
sclaus@dickinsonwright.com
Dickinson Wright PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ  85004
Attorneys for Defendant

By: */s/ Patti Lesser*