# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Gilbert & Ray Plaza LLC,<br><br>Defendant. | No. CV-16-03030-PHX-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 12).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **November 14, 2016** without further leave of Court.

Dated this 13th day of October, 2016.

_____
Honorable G. Murray Snow
United States District Judge